## RETURN OF NON-SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida



**Exhibit "A"**

Case Number: 1:25-CV-22378-BB

Plaintiff:
**RENZO BARBERI**

vs.

Defendant:
**PIO PIO CUBA, CORP., ET. AL.,**

For:
Ronald E. Stern
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd
Suite 503
Hallandale Beach, FL 33009

OJF2025012357

Received by OJF SERVICES, INC. on the 27th day of May, 2025 at 4:10 pm to be served on **PIO PIO CUBA, CORP. BY SERVING REGISTERED AGENT: MARILIN GALIANO, 811 EAST 37TH STREET, HIALEAH, FL 33013**

I, Harold Colon, do hereby affirm that on the **6th day of June, 2025** at **11:31 am, I:**

**NON-SERVED** the **SUMMONS AND COMPLAINT at the address of 811 EAST 37TH STREET, HIALEAH, FL 33013** for the reason that I failed to find **PIO PIO CUBA, CORP. BY SERVING REGISTERED AGENT: MARILIN GALIANO** or any information to allow further search.  Read the comments below for further details.

**Additional Information pertaining to this Service:**
5/28/2025  8:21 pm  Attempted service at 811 EAST 37TH STREET, HIALEAH, FL 33013
no answer, House Gated
6/2/2025  5:18 pm  Attempted service at 811 EAST 37TH STREET, HIALEAH, FL 33013
no answer, House gated
6/5/2025  7:31 pm  Attempted service at 811 EAST 37TH STREET, HIALEAH, FL 33013
No answer, House gated
6/6/2025  11:31 am  Attempted service at 811 EAST 37TH STREET, HIALEAH, FL 33013
no answer, House gated

## RETURN OF NON-SERVICE For 1:25-CV-22378-BB

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE COUNTY IN WHICH SERVICE WAS AFFECTED IN ACCORDANCE WITH STATE STATUTE. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525. ELECTRONIC SIGNATURES ARE NOW PERMITTED PURSUANT TO FLORIDA STATUTE 48.21. NOTARY ARE NOT REQUIRED PURSUANT TO F.S. 92.525(2).

**Harold Colon**
CPS #1467

**OJF SERVICES, INC.**
**13727 S.W. 152nd Street**
**P.M.B. 354**
**Miami, FL 33177**
**(786) 293-5750**

Our Job Serial Number: OJF-2025012357



# Thank you
# for your payment!

**Payment Date:** 2025-06-11
**Payment Total:** $45.00
**Surcharge:**
**Total with Surcharge:**
**Payment Method:** CC 3905

| Job Number | Servee Name | Client Reference | Amount |
|---|---|---|---|
| 2025012357 | PIO PIO CUBA, CORP. | None | $45.00 |
| **Total:** | | **$45.00** | |