**RE: This will confirm our conversation**

 Incoming Email
4 Attachments

Exhibit "B"

To: ronsternlaw@gmail.com, advocacylaw.paralegal@gmail.com
Cc: eservice@gwidomlaw.com
From: gwidom@gwidomlaw.com
Sent: Tue Jul, 15 2025 3:08 pm
Case Link: Pio Pio 2 Restaurant | Contact Link: Glenn L. Widom (Opposing Counsel)

---

Ron.  Thanks for your call back, but I disagree with your claims in the email below.  Before you hung up on me after barely 5 minutes of our "meet and confer", I asked again that you send (or resend) the detailed invoice, payment receipt, and report for your expert.  All I have is the two spreadsheets you sent on 7/7/2025 at 11:22 am (attached).   Again – please send or resend any other documentation of your fees or costs.

Contrary to your email below, I advised that my client does not object to a combined 3 hours of time for you to file (a) Plaintiff's notice of related proceedings and (b) to *review* the "cookie-cutter" and near identical complaint that your office filed in this action – compared to those cases referenced in the Request for Judicial Notice.   That's all your office did to accomplish the relief sought.

Considering the appropriate factors for the work detailed above, Defendants will agree to an hourly rate of $400.00 which is higher than the $350.00 per hour awarded by the Court in Caplan v All American, which was affirmed on appeal to the 11th Circuit in 2022 (attached).

Defendants also have no objection to an award of taxable costs of $405.00 "filing fee", and $90 for "service fees", detailed in your "expense" spreadsheet.   However, without any detailed evidence to support your "expert fee", Defendants object to any amount in excess of $1,500.00, and object to any prospective re-inspection fee at this time.

While Defendants have agreed to certain reasonable compensable fees and expenses as detailed above, they reserve their objections to the other fees and costs sought in your firm's spreadsheets, for Defendants' Response.

Finally, you did not raise any objection to Defendants' intended Request for Judicial Notice.

Should you disagree with my recitation of what occurred during our "meet and confer", as detailed herein, please allow this to clarify Defendants' position on your fee and expense spreadsheets.


Regards,


Glenn.



Glenn L. Widom, Esq.

Glenn L. Widom, P.A.
696 N.E. 125th Street
North Miami, FL  33161
Phone:     305.663.8770
Fax:         786.206.3820
E-Mail:    gwidom@gwidomlaw.com
Web:        www.gwidomlaw.com

---

CONFIDENTIALITY NOTICE:
This message may constitute a confidential attorney-client communication.  It is intended exclusively for the individual or entity to which it is addressed.  If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it.  If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of this message. Thank You.

NOTE:  This confirms that: (1) email communications are not a secure method of communication; (2) any email that is sent to you or by you may be copied and held by various computers it may pass through as it is transmitted from you to me and vice versa; and (3) persons not participating in our communications may intercept our communications by improperly accessing either of our computers or potentially some computer unconnected to us which the email may pass through.  Please advise us if you wish for future communications to be sent in an alternative manner. If you have any questions or concerns about an email transmission from our office, please call our office before clicking any links or attachments or sending an email response.

**From:** Ron Stern <ronsternlaw@gmail.com>
**Sent:** Tuesday, July 15, 2025 2:28 PM
**To:** Glenn Widom <gwidom@gwidomlaw.com>; Advocacy Law Paralegal <advocacylaw.paralegal@gmail.com>
**Subject:** This will confirm our conversation

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Glenn,

This will confirm that you refused to go item by item.

Agreeing to only 3 hours without any justification.

Continued bad faith on your part. By bad actors.

Shame

--

Ron Stern, Esq.

The Advocacy Law Firm, P.A.

1835 E Hallandale Beach Blvd,

#757

Hallandale Beach, FL  33009

Phone: 954-639-7016

Fax: 954-639-7198

E-mail: RonSternLaw@gmail.com

| Filename | |
|---|---|
| image001.png | |
| Pio_Pio_2_Restaurant_Expenses.pdf | Case: Pio Pio 2 Restaurant |

| Pio_Pio_2_Restaurant_-_Revised_Time_Entries.pdf | Case: Pio Pio 2 Restaurant |
| --- | --- |
| 11th_Circuit_Appeals_-_Affirming_Order_Granting__Stern_s__Costs.pdf | Case: Pio Pio 2 Restaurant |