# Select A Person

Exhibit "C"

There were 2 matching people.

| | |
|---|---|
| HIALEAH INDUSTRIAL PORTFOLIO LLC | (pty) [defendant] |
| Hialeah Industrial Portfolio, LLC | (pty) [defendant] |

---

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/27/2025 08:06:49 | | | |
| **PACER Login:** | RonEStern | **Client Code:** | |
| **Description:** | Search | **Search Criteria:** | COA: 42:12182 Last Name: HIALEAH INDUSTRIAL |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

# Select A Case

**Hialeah Industrial Portfolio, LLC is a defendant in 3 cases.**

| | | | | |
|---|---|---|---|---|
| [1:21-cv-23166-KMM](#) | Gil v. Hialeah Industrial Portfolio, LLC et al | filed 09/01/21 | closed 11/19/21 | 42:12182(42:12182 Americans with Disabilities Act) |
| [1:23-cv-23012-KMW](#) | De La Torre Pardo v. HIALEAH INDUSTRIAL PORTFOLIO, LLC et al | filed 08/09/23 | closed 08/31/23 | 42:12182(42:12182 Americans with Disabilities Act) |
| [1:24-cv-22848-KMW](#) | Caplan v. Hallandale Tire Center and Plus, Inc. et al | filed 07/26/24 | closed 02/10/25 | 42:12182(42:12182 Americans with Disabilities Act) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 05/27/2025 08:07:21 | | | |
| **PACER Login:** | RonEStern | **Client Code:** | |
| **Description:** | Search | **Search Criteria:** | COA: 42:12182 Last Name: HIALEAH INDUSTRIAL |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

To accept charges shown below, click on the 'View Document' button, otherwise click the 'Back' button on your browser.

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| Wed May 28 10:51:44 2025 | | | |
| **Pacer Login:** | RonEStern | **Client Code:** | |
| **Description:** | Image15-0 | **Case Number:** | 1:21-cv-23166-KMM |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

View Document

To accept charges shown below, click on the 'View Document' button, otherwise click the 'Back' button on your browser.

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| Tue May 27 08:03:23 2025 | | | |
| **Pacer Login:** | RonEStern | **Client Code:** | |
| **Description:** | Image20-1 | **Case Number:** | 1:13-cv-23522-WPD |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |

View Document

To accept charges shown below, click on the 'View Document' button, otherwise click the 'Back' button on your browser.

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| Tue May 27 07:47:49 2025 | | | |
| **Pacer Login:** | RonEStern | **Client Code:** | |
| **Description:** | Image1-0 | **Case Number:** | 1:13-cv-23522-WPD |
| **Billable Pages:** | 8 | **Cost:** | 0.80 |

[View Document]

| | | |
|---|---|---|
| | | Exhibit Conference Report, # 2 Text of Proposed Order Proposed Scheduling Order) (Albo, Jeannette) Modified text on 11/5/2013 (asl). (Entered: 11/04/2013) |
| 11/04/2013 | 15 | Proposed Discovery Plan - **Rule 26(f)** by Mike Petinsky (Albo, Jeannette) Modified text on 11/5/2013 (asl). (Entered: 11/04/2013) |
| 11/04/2013 | 16 | CONSENT to Jurisdiction by US Magistrate Judge by Mike Petinsky (Albo, Jeannette) (Entered: 11/04/2013) |
| 11/06/2013 | 17 | ORDER SETTING TRIAL DATE & DISCOVERY DEADLINES, REFERRING CASE TO MEDIATION & REFERRING DISCOVERY MOTIONS TO UNITED STATES MAGISTRATE JUDGE: ( Jury Trial set for 9/22/2014 in Fort Lauderdale Division before Judge William P. Dimitrouleas., Calendar Call set for 9/19/2014 10:00 AM in Fort Lauderdale Division before Judge William P. Dimitrouleas., Amended Pleadings due by 2/14/2014., Discovery due by 5/28/2014., Joinder of Parties due by 2/14/2014., In Limine Motions due by 9/5/2014., Dispositive Motions due by 6/27/2014., Pretrial Stipulation due by 9/5/2014.), ORDER REFERRING CASE to Mediation., ORDER REFERRING CASE to Magistrate Judge Lurana S. Snow for Discovery Matters Signed by Judge William P. Dimitrouleas on 11/6/2013. (yha) (Entered: 11/06/2013) |
| 11/06/2013 | 18 | GENERAL ORDER ON DISCOVERY OBJECTIONS AND PROCEDURES Signed by Magistrate Judge Lurana S. Snow on 11/6/2013. (yha) (Entered: 11/06/2013) |
| 11/21/2013 | 19 | NOTICE of Mediator Selection: Karen Evans selected.(Albo, Jeannette) (Entered: 11/21/2013) |
| 03/11/2014 | 20 | STIPULATION of Dismissal *with Prejudice* by Mike Petinsky (Attachments: # 1 Exhibit, # 2 Text of Proposed Order)(Albo, Jeannette) (Entered: 03/11/2014) |
| 03/12/2014 | 21 | FINAL ORDER APPROVING and ENTERING CONSENT DECREE and DISMISSING CASE. The Clerk shall CLOSE this case and DENY AS MOOT any pending motions. Signed by Judge William P. Dimitrouleas on 3/11/2014. (gp) (Entered: 03/12/2014) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/27/2025 07:45:45 | | | |
| **PACER Login:** | RonEStern | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:13-cv-23522-WPD |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |

| | | the defendant pursuant of the record, hereby ORDERED AND ADJUDGED that the above action is DISMISSED WITH PREJUDICE. Pending, motions DENIED AS MOOT and Clerk is INSTRUCTED to CLOSE this case. Signed (elm) (Entered: 12/10/2021) |
|---|---|---|

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/03/2024 13:1... | | | |
| PACER Login: | [redacted] | Client: | [redacted] |
| Description: | Docket | Search Criteria: | 1:21-cv-23166-KAA |
| Billable Pages: | 5 | Cost: | 0.50 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE:

JUAN CARLOS GIL,

    Plaintiff,

v.

HIALEAH INDUSTRIAL PORTFOLIO,
LLC and PIO PIO CUBA, CORP,

    Defendants.

_____/

**COMPLAINT**

    Plaintiff, JUAN CARLOS GIL, individually and on behalf of all other similarly situated mobility-impaired individuals (hereinafter "Plaintiff"), sues HIALEAH INDUSTRIAL PORTFOLIO, LLC and PIO PIO CUBA, CORP (hereinafter "Defendants"), and as grounds alleges:

JURISDICTION, PARTIES. AND VENUE

    1.    This is an action for injunctive relief, a declaration of rights, attorneys' fees, litigation expenses, and costs pursuant to 42 U.S.C. § 12181, et seq., (the "Americans with Disabilities Act" or "ADA") and 28 U.S.C. §§ 2201 and 2202.

    2.    The Court has original jurisdiction over Plaintiff's claims arising under 42 U.S.C. § 12181, et seq. pursuant to 28 U.S.C. §§ 1331, 1343 and 42 U.S.C. § 12117(a).

    3.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 2201 and 2202, and may render declaratory judgment on the existence or nonexistence of any right under 42 U.S.C. § 12181, et seq.

    4.    Plaintiff, JUAN CARLOS GIL, is an individual over eighteen years of age, with a residence in Miami-Dade County, Florida, and is otherwise *sui juris*.

# Select A Person

**There were 2 matching people.**

[HIALEAH INDUSTRIAL PORTFOLIO LLC](#)  (pty) [defendant]

[Hialeah Industrial Portfolio, LLC](#)  (pty) [defendant]

---

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 04/30/2025 14:55:03 ||||
| **PACER Login:** | RonEStern | **Client Code:** | |
| **Description:** | Search | **Search Criteria:** | COA: 42:12182 Last Name: HIALEAH INDUSTRIAL PORTFOLIO |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

# Select A Case

**Hialeah Industrial Portfolio, LLC is a defendant in 3 cases.**

| | | | | |
|---|---|---|---|---|
| [1:21-cv-23166-KMM](#) | Gil v. Hialeah Industrial Portfolio, LLC et al | filed 09/01/21 | closed 11/19/21 | 42:12182(42:12182 Americans with Disabilities Act) |
| [1:23-cv-23012-KMW](#) | De La Torre Pardo v. HIALEAH INDUSTRIAL PORTFOLIO, LLC et al | filed 08/09/23 | closed 08/31/23 | 42:12182(42:12182 Americans with Disabilities Act) |
| [1:24-cv-22848-KMW](#) | Caplan v. Hallandale Tire Center and Plus, Inc. et al | filed 07/26/24 | closed 02/10/25 | 42:12182(42:12182 Americans with Disabilities Act) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/30/2025 14:56:05 | | | |
| **PACER Login:** | RonEStern | **Client Code:** | |
| **Description:** | Search | **Search Criteria:** | COA: 42:12182 Last Name: HIALEAH INDUSTRIAL PORTFOLIO |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |